IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| Fidelity an Deposit Company of Maryland, | : | |
|---|---|---|
| Plaintiff(s), | : | |
| | : | Case Number: 1:16cv284 |
| vs. | : | |
| | : | Judge Susan J. Dlott |
| Ohio Department of Transportation, et al., | : | |
| Defendant(s). | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on May 4, 2017 (Doc. 41), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 18, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, the motion of defendants Ohio Department of Transportation and Ohio Office of Budget and Management to Deposit Fund (Doc. 25) is GRANTED. It is further ORDERED that the Ohio defendants are permitted to deposit $589,049.49 into the Registry of this Court under Local Rul 77.2 and Federal Rule of Civil Procedure 67(a) and are simultaneously dismissed from this litigation.

IT IS SO ORDERED.

                                                                                  s/Susan J. Dlott
                                                                                Judge Susan J. Dlott
                                                                                United States District Court